**Order entered December 23, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01456-CV

**SLOAN CREEK II, L.L.C., Appellant**

**V.**

**TEXAS DEPARTMENT OF TRANSPORTATION, ET AL., Appellees**

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-3356-2008**

## ORDER

We **GRANT** appellant's December 20, 2014 unopposed motion for an extension of time to file its brief. Appellant shall file it brief by January 19, 2015. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE